**Opinion issued July 26, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00231-CV

————————————

**MICHAEL REARDON, Appellant**

**V.**

**RONALD ENGH, Appellee**

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2008-00133

## MEMORANDUM OPINION

The parties have filed a joint motion to reinstate and dismiss the appeal. They represent that they have reached an agreement to settle this matter and request that we reinstate this appeal, set aside the trial court's judgment without

regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we grant the motion, reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id*. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.